Douglas E. Dexter (State Bar No. 115868)
Amarra A. Lee (State Bar No. 245679)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ddexter@fbm.com
E-mail: alee@fbm.com

Attorneys for Defendant
ABERCROMBIE & FITCH STORES, INC.
dba ABERCROMBIE KIDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> ABERCROMBIE & FITCH STORES, INC. dba ABERCROMBIE KIDS <br><br> Defendant. | Case No.: CV 10-3911 HRL <br><br> **ANSWER TO FIRST AMENDED COMPLAINT** |

## ANSWER

Defendant Abercrombie & Fitch Stores, Inc., by and through its counsel, hereby answers the First Amended Complaint of Plaintiff Equal Employment Opportunity Commission (the "Complaint") as follows:

1. In answering paragraph 1 of the Complaint, Defendant states that this Court has jurisdiction over this matter, but denies that it violated any law whatsoever. Defendant denies the remaining allegations contained in paragraph 1 of the Complaint.

2. In answering paragraph 2 of the Complaint, Defendant states that venue is proper in this Court, but denies that it violated any law whatsoever. Defendant denies the remaining allegations contained in paragraph 2 of the Complaint.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER TO FIRST AMENDED COMPLAINT
CASE NO. C 08-00484 JSW

- 1 -

21392\2446089.1

1    3.     In answering paragraph 3 of the Complaint, Defendant states that this action is appropriate for assignment to the San Jose division of this Court, but denies that it violated any law whatsoever. Defendant denies the remaining allegations contained in paragraph 3 of the Complaint.

4.     In answering paragraph 4 of the Complaint, Defendant states that Title VII and the subsections cited in paragraph 4 of the Complaint speak for themselves. Defendant denies the remaining allegations contained in paragraph 4 of the Complaint.

5.     In answering paragraph 5 of the Complaint, Defendant states that it is an Ohio corporation which currently employs at least 15 employees in the state of California. Defendant denies the remaining allegations contained in paragraph 5 of the Complaint.

6.     In answering paragraph 6 of the Complaint, Defendant states that it is an employer engaged in an industry affecting commerce. Defendant denies the remaining allegations contained in paragraph 6 of the Complaint.

7.     In answering paragraph 7 of the Complaint, Defendant states that Halla Banafa ("Banafa") filed a charge of discrimination with the Equal Employment Opportunity Commission. Defendant denies the remaining allegations contained in paragraph 7 of the Complaint.

8.     Defendant denies the allegations contained in paragraph 8 of the Complaint.

9.     Defendant denies the allegations contained in paragraph 9 of the Complaint.

10.    Defendant denies the allegations contained in paragraph 10 of the Complaint.

11.    Defendant denies the allegations contained in paragraph 11 of the Complaint.

12.    Defendant denies each and every allegation contained in the Complaint not admitted to be true herein.

**FIRST DEFENSE**

13.    Plaintiff's Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

14.    Some or all of Plaintiff's claims are barred by the applicable statute of limitations.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ANSWER TO FIRST AMENDED COMPLAINT
CASE NO. C 08-00484 JSW - 2 -    21392\2446089.1

### THIRD DEFENSE

15. All of Defendant's actions toward Banafa were taken in good faith and for legitimate, non-discriminatory reasons.

### FOURTH DEFENSE

16. Banafa has failed to mitigate or minimize her damages, if any.

### FIFTH DEFENSE

17. Some or all of Plaintiff's claims are barred by the doctrines of waiver, estoppel, unclean hands, preemption and laches.

### SIXTH DEFENSE

18. Plaintiff and Banafa failed to exhaust their administrative remedies.

### SEVENTH DEFENSE

19. Plaintiff and Banafa are not entitled to the remedies requested in the Complaint.

### EIGHT DEFENSE

20. The accommodation sought by Plaintiff in the Complaint constitutes an undue burden on Defendant.

### NINTH DEFENSE

21. Plaintiff's claims fail, in whole or in part, because Defendant breached no legal duty owed to Banafa.

### TENTH DEFENSE

22. Some or all of the claims asserted fail because they infringe upon Defendant's right to commercial free speech.

Defendant expressly reserves the right to amend this Answer to include additional affirmative defenses as further investigation and discovery may warrant.

/ / /

/ / /

/ / /

/ / /

/ / /

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER TO FIRST AMENDED COMPLAINT
CASE NO. C 08-00484 JSW - 3 - 21392\2446089.1

1  **WHEREFORE**, Defendant respectfully requests that Plaintiff's Complaint be dismissed, with prejudice, and that it be awarded its fees and costs incurred herein, including attorneys' fees, and that it be awarded such other and further relief to which it may be entitled, in equity or in law.

Dated: December 6, 2010               FARELLA BRAUN + MARTEL LLP


By: /s/ Amarra A. Lee
    Amarra A. Lee

    Attorneys for Defendants
    ABERCROMBIE & FITCH STORES, INC.
    dba ABERCROMBIE KIDS

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER TO FIRST AMENDED COMPLAINT
CASE NO. C 08-00484 JSW         - 4 -                    21392\2446089.1