Douglas E. Dexter, SBN 115868
Amarra A. Lee, SBN 245679
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ddexter@fbm.com
E-mail: alee@fbm.com

Attorneys for Defendant
ABERCROMBIE & FITCH STORES, INC.
dba ABERCROMBIE KIDS

William R. Tamayo, SBN 084965 (CA)
Jonathan T. Peck, SBN 12303 (VA)
Marcia L. Mitchell, SBN 18122 (WA)
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone: (415) 625-5651
Facsimile: (415) 625-5657
E-mail: marcia.mitchell@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ABERCROMBIE & FITCH STORES, INC. dba ABERCROMBIE KIDS,<br><br>Defendant. | Case No.: 5:10-cv-03911- EJD<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: No Hearing Scheduled<br>Judge: Honorable Edward J. Davila |

Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC") and

Defendant ABERCROMBIE & FITCH STORES, INC. dba ABERCROMBIE KIDS ("A&F")

jointly submit this Joint Case Management Conference Statement.

## I. JURISDICTION AND SERVICE:

This is a civil action brought by the EEOC under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§451, 1331, 1337, 1343, and 1345.

The EEOC alleges that Defendant committed unlawful employment practices within the County of Santa Clara in the State of California which is within the jurisdiction of the United States District Court for the Northern District of California. Venue is therefore proper in the United States District Court for the Northern District of California.

## II. FACTS

Plaintiff Equal Employment Opportunity Commission has brought this action on behalf of Halla A. Banafa ("Banafa"). On March 7, 2008, Banafa applied for a part-time position as an Impact Team Member position in Defendant A&F's Great Mall store located in Milpitas, California. On March 14, 2008, Banafa interviewed for employment with A&F's Assistant Manager. Ms. Banafa is Muslim and wore a hijab (religious head scarf) to the interview. Following the interview Banafa was not extended an offer of employment with A&F.

On March 26, 2008, Banafa filed a Charge of Discrimination with the EEOC alleging that she had been discriminated against because of her religion. This lawsuit stems from Ms. Banafa's allegations of discrimination and the underlying charge.

## III. LEGAL ISSUES

Plaintiff EEOC claims that Defendant A&F discriminated against Banafa because of her religion, Muslim, by failing to accommodate her alleged religious beliefs. Plaintiff claims that Banafa is entitled to make whole relief, compensation for past and future pecuniary losses, compensation for emotional pain and distress and punitive damages, and also claims that Plaintiff is entitled to injunctive relief. A&F denies the EEOC's allegations because Banafa's religion was not a factor in A&F's decision not to hire Banafa and because A&F did not fail to accommodate Banafa's alleged religious beliefs. A&F denies that Banafa and/or EEOC are entitled to monetary and/or injunctive relief.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 5:10-cv-03911-HRL - 2 -

26295\2502407.5

## IV. MOTIONS

There are no motions presently pending. The parties may file discovery motions, if necessary. The parties may move for summary judgment at the close of discovery.

## V. AMENDMENT OF PLEADINGS

Plaintiff does not anticipate adding or dismissing any parties or claims.

## VI. EVIDENCE PRESERVATION

Plaintiff has preserved all documents and other materials in its investigative file and will continue to do so throughout the litigation. Similarly, Defendant has preserved all documents and other materials relevant to the issues reasonably evident in this action.

## VII. DISCLOSURES

The Parties will exchange initial disclosures on April 1, 2011. To date, the parties have not produced any documents.

## VIII. DISCOVERY

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure counsel for the parties met on February 2, 2011 by telephone to discuss discovery issues and plans. The Parties submit the following proposal to the Court:

| Discovery/Trial Schedule | Date Proposed |
| --- | --- |
| Settlement Conference with a Magistrate Judge | (To be decided) |
| Initial Case Management Conference | March 25, 2011 |
| Date first set of interrogatories/RFAs may be served | March 25, 2011 |
| Initial Disclosures | April 1, 2011 |
| Expert Disclosures (Rule 26(a)(2)(a)) | February 13, 2012 |
| Fact Discovery cut-off | January 13, 2012 |
| Initial expert reports (Rule 26(a)(2)(b)) | February 13, 2012 |
| Opposition expert reports due | March 13, 2012 |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 5:10-cv-03911-HRL

- 3 -

26295\2502407.5

| | |
|---|---|
| Expert discovery cut-off | April 27, 2012 |
| Dispositive motions filing deadline | July 17, 2012 |
| Oppositions to dispositive motions filed | July 31, 2012 |
| Hearing on dispositive motions | August 21, 2012. |
| Trial (by jury) begins | February 13, 2013 |

## IX. CLASS ACTIONS

Not applicable.

## X. RELATED CASES

The Parties are presently parties to litigation in the case of <u>Equal Employment Opportunity Commission v. Abercrombie & Fitch Stores, Inc.</u>, Case No. 09-CV-602-GKF-FHM in the Northern District of Oklahoma. Both the present case and the N.D. Oklahoma case involve Plaintiff's allegation of discrimination on the basis of an applicant's Muslim religion. However, the principal witnesses are distinct. Therefore there is no basis for consolidating the cases.

## XI. RELIEF

The EEOC has requested the following relief:

a. A permanent injunction against Defendant precluding any of the alleged employment practices.

b. An order causing Defendant to institute and carry out policies and programs that provide equal employment opportunities for its employees.

c. An order causing Defendant to make whole Ms. Banafa for pecuniary and non-pecuniary losses.

d. An order causing Defendant to pay Ms. Banafa punitive damages.

e. Any further relief that the Court deems necessary and proper.

f. An award to the EEOC for its costs in this action.

A&F denies that the EEOC is entitled to the above relief or to any relief whatsoever.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 5:10-cv-03911-HRL - 4 -

26295\2502407.5

## XII. SETTLEMENT AND ADR

The Parties have met and conferred regarding an ADR plan and have filed a Notice of Need for ADR Phone Conference. The parties believe that an early settlement conference with a Magistrate Judge might prove fruitful. The parties participated in an ADR conference call with ADR Staff Attorney, Daniel Bowling, on February 14, 2011. During the conference Mr. Bowling indicated that he concurred with the parties' recommendation.

## XIII. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

The parties do not consent to proceed before a Magistrate Judge.

## XIV. OTHER REFERENCES

The parties do not believe this case is suitable for binding arbitration.

## XV. NARROWING OF ISSUES

The Parties have met and conferred and have not identified any appropriate issues.

## XVI. EXPEDITED SCHEDULE

The Parties do not believe this case is suitable for expedited scheduling.

## XVII. SCHEDULING

Please see chart at VIII.

## XVIII. TRIAL

The case will be tried to a jury. The parties estimate the trial will take approximately five days.

## XIX. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

Plaintiff has brought this action on behalf of Halla A. Banafa.

## XX. SUCH OTHER MATTERS AS MAY FACILITATE THE JUST, SPEEDY AND INEXPENSIVE DISPOSITION OF THIS MATTER.

There are none at this time.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 5:10-cv-03911-HRL
- 5 -

26295\2502407.5

| | |
|---|---|
| Dated: May 10, 2011 | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| | By: /s/ Marcia L. Mitchell |
| | Marcia L. Mitchell |
| | Attorneys for Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| Dated: May 10, 2011 | FARELLA BRAUN + MARTEL LLP |
| | By: /s/ Amarra A. Lee |
| | Amarra A. Lee |
| | Attorneys for Defendant ABERCROMBIE & FITCH STORES, INC. dba ABERCROMBIE KIDS |

E-filing concurrence: I, Marcia L. Mitchell, attorney for Plaintiff EEOC, attest that I have obtained the concurrence of Daniel Clark, of Vorys, Sater, Seymour and Pease LLP, who is one of the attorneys for defendant Abercrombie & Fitch Stores Inc., for the filing of the instant pleading.

Dated: May 10, 2011

/s/Marcia L. Mitchell
MARCIA L. MITCHELL
Senior Trial Attorney

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 5:10-cv-03911-HRL - 6 -

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

26295\2502407.5