Douglas E. Dexter, SBN 115868
Amarra A. Lee, SBN 245679
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ddexter@fbm.com
E-mail: alee@fbm.com

Mark A. Knueve (Ohio Bar No. 0067074) Admitted Pro Hac Vice
Daniel J. Clark (Ohio Bar No. 0075125) Admitted Pro Hac Vice
Samantha A. Stilp (Ohio Bar No. 0086907) Admitted Pro Hac Vice
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6387
Facsimile: (614) 719-4808
E-mail: maknueve@vorys.com
E-mail: djclark@vorys.com

Attorneys for Defendant
ABERCROMBIE & FITCH STORES, INC.
dba ABERCROMBIE KIDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ABERCROMBIE & FITCH STORES, INC. dba ABERCROMBIE KIDS,<br><br>Defendant. | Case No. 5:10-cv-03911-EJD<br><br>**STIPULATION REQUESTING AN EARLY SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE AND [PROPOSED] ORDER** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP REQUESTING AN EARLY SETTLEMENT
CONFERENCE WITH A MAGISTRATE JUDGE AND
[PROPOSED] ORDER - CASE NO. 5:10-CV-03911-EJD

26295\2745155.1

Counsel report that they have met and conferred regarding ADR and that they request an Early Settlement Conference with Magistrate Judge Howard R. Lloyd.

Dated: August 31, 2011              FARELLA BRAUN + MARTEL LLP

                                    By: /s/
                                        Amarra A. Lee

                                    Attorneys for Defendant
                                    ABERCROMBIE & FITCH STORES,
                                    INC. dba ABERCROMBIE KIDS

Dated: August 31, 2011              U.S. EQUAL EMPLOYMENT
                                    OPPORTUNITY COMMISSION


                                    By: /s/
                                        Marcia L. Mitchell

                                    Attorneys for Plaintiff
                                    U.S. EQUAL EMPLOYMENT
                                    OPPORTUNITY COMMISSION

**ORDER**

IT IS SO ORDERED that this case is referred to an Early Settlement Conference with Magistrate Judge Howard R. Lloyd.

Dated: September 6, 2011

                                    _____
                                    District Court Judge Edward J. Davila

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP REQUESTING AN EARLY SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE AND [PROPOSED] ORDER - CASE NO. 5:10-CV-03911-EJD        - 2 -        26295\2745155.1