\*\* E-filed January 9, 2012 \*\*

Douglas E. Dexter, SBN 115868
Amarra A. Lee, SBN 245679
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ddexter@fbm.com
E-mail: alee@fbm.com

Mark A. Knueve (OB No. 0067074) Admitted Pro Hac Vice
Daniel J. Clark (OB No. 0075125) Admitted Pro Hac Vice
Samantha A. Stilp (OB No. 0086907) Admitted Pro Hac Vice
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6387
Facsimile: (614) 719-4808
E-mail: maknueve@vorys.com
E-mail: djclark@vorys.com
E-mail: sastilp@vorys.com

Attorneys for Defendant
ABERCROMBIE & FITCH STORES, INC.
dba ABERCROMBIE KIDS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> ABERCROMBIE & FITCH STORES, INC. dba ABERCROMBIE KIDS, <br><br> Defendant. | Case No. 5:10-cv-03911-EJD <br><br> **AGREED PROTECTIVE ORDER** <br> (MODIFIED BY THE COURT) |

The parties to the above-captioned matter hereby stipulate and agree as follows:

WHEREAS, the parties to this action recognize that certain documents will be produced that may contain confidential personal or business information; and

** The parties acknowledge that this Order does not confer blanket protections on all disclosures or responses to discovery and that the limited protection it affords extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles. The parties further acknowledge that this Agreed Protective Order does not entitle them to file confidential information under seal; Civil L.R. 79-5 sets forth the procedures that must be followed and the standards that will be applied when a party seeks permission from the court to file under seal.

WHEREAS, the parties desire to minimize the necessity for objections and motions and to avoid interruption or delay in the flow of information relevant to this litigation by piecemeal motions for protective orders or other unnecessary discovery motions; **

THEREFORE, IT IS HEREBY ORDERED that:

1. <u>Confidential Personal or Business Information</u>: Plaintiff, Defendant, and/or any experts or consultants retained by Plaintiff or Defendant are required to maintain the confidentiality of the following documents obtained through discovery in this litigation:

   a. Any Organizational Charts produced pursuant to Plaintiff's First Set of Requests for Production of Documents to Defendant;

   b. Applied Psychological Techniques, Inc.'s "Technical Documentation" regarding Abercrombie & Fitch, Inc., produced pursuant to Plaintiff's First Set of Requests for Production of Documents to Defendant.

This information shall be marked "Confidential" and is protected from disclosure to the public regardless of whether it is conveyed by or contained in a document produced, stated in answer to an interrogatory or request for admission, disclosed in an oral deposition by a party or a non-party in the course of discovery in this proceeding, or disclosed pursuant to a voluntary agreement among counsel.

2. <u>Disputes Regarding Confidential Documents</u>: Any party objecting to the designation of any document as Confidential shall make a good faith effort to resolve the dispute without intervention of the Court. If the parties cannot resolve a challenge without court intervention, the parties shall comply with the undersigned's Standing Order re Civil Discovery Disputes. ~~If the parties are unable to resolve the dispute, the objecting party may move for an order regarding the designation of the documents at issue. The parties agree that any hearing before the Judge or Magistrate Judge may be conducted by telephone. If any such dispute is submitted to the Court, the documents at issue shall be submitted to the Court~~

~~under seal and will retain their Confidential designation until a ruling by the Court, and thereafter shall be classified in accordance with such ruling.~~

  3. <u>Limitation on Disclosure</u>: All documents designated as Confidential and the information contained therein shall be used solely for the purpose of conducting this litigation. Confidential documents may be disclosed only to the following persons:

    a. Attorneys of record for any party to this action, and all legal support personnel, and clerical employees working under the direct supervision of such counsel;

    b. The parties to this action;

    c. The Court and its personnel; and anyone as may be ordered by the court;

    d. Employees or former employees of Defendant and any parent, subsidiary or related entity, if required to work directly on this litigation, with disclosure only to the extent necessary to perform such work;

    e. Witnesses, independent consultants, or experts retained by any of the parties to this action to assist in the preparation and trial of this litigation, who any of the parties, in good faith, determines need to view such documents for the purposes of this litigation;

    f. Any arbitrator or mediator designated in this action;

    g. Any court reporter employed in connection with a deposition in this litigation;

    h. Any person approved in writing, in advance of disclosure, by the producing party.

  4. All persons reviewing or receiving copies of Confidential documents are enjoined from disclosing the contents thereof to any other person other than for the prosecution or defense of this action, except in conformity with this Protective Order, and hereby agree to subject

themselves to the jurisdiction of the Court for the purpose of any proceeding relating to the performance under, compliance with, or violation of this Protective Order.

5. The recipient of any Confidential document shall maintain such information in a secure and safe area.

**6. Within thirty (30) days after receipt of written notice of the final disposition of this lawsuit, whether by judgment and exhaustion of all appeals, or by settlement, the receiving parties and all other persons who have received documents containing Confidential information shall destroy or return all such documents, and all copies thereof, to the producing party. Notwithstanding the foregoing, each party may retain motion papers, briefs, notes, memoranda or other documents which contain Confidential information. This Protective Order shall continue to apply to all such documents retained by any party in accordance with the preceding sentence.**

7. This Protective Order shall not affect any party's right to object to the use in this litigation of Confidential documents or information on any ground. The fact that information or documentation has been designated Confidential shall in no way prejudice the right of any party to contest the confidential or proprietary nature of any document or information, at time of trial or otherwise.

8. This Protective Order shall not prejudice or affect any party's right to object to the authenticity or admissibility of any evidence at the time of trial.

9. Any waiver under this Protective Order must be made in writing or, if at a deposition, on the record. Any waiver unless expressly made general, shall be deemed limited to the specified purposes of the request or proceeding involved, and shall not otherwise waive any of the protection provided by this Protective Order.

10. The terms and provisions of this Protective Order are subject to modification, extension or limitation as may be hereafter agreed to by the parties in writing or by order of the Court.

\* 11. Duration: For a period of six months following the final disposition of this litigation, this court will retain jurisdiction to enforce the terms of this order.

For good cause appearing, IT IS SO ORDERED.

Dated: January 9, 2012, ~~2011~~

Howard R. Lloyd
United States Magistrate Judge

HAVING SEEN AND AGREED:

/s/Marcia L. Mitchell
Marcia L. Mitchell (WA 18122)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105

Attorney for Plaintiff

/s/Samantha A. Stilp
Mark A. Knueve (OB No. 0067074)
Admitted Pro Hac Vice
Daniel J. Clark (OB No. 0075125)
Admitted Pro Hac Vice
Samantha A. Stilp (OB No. 0086907)
Admitted Pro Hac Vice
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6387
Facsimile: (614) 719-4808
E-mail: maknueve@vorys.com
E-mail: djclark@vorys.com
Attorneys for Defendant
ABERCROMBIE & FITCH STORES, INC.
dba ABERCROMBIE KIDS

Douglas E. Dexter, SBN 115868
Amarra A. Lee, SBN 245679
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ddexter@fbm.com
E-mail: alee@fbm.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the CM/ECF participants of this 27th day of December 2011.

/s/Samantha A. Stilp
Samantha A. Stilp

12/24/2011 12839454