United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br>   v.<br><br>ABERCROMBIE & FITCH STORES, INC. dba ABERCROMBIE KIDS,<br><br>        Defendant.<br>_____/ | CASE NO. 5:10-cv-03911-EJD<br><br>**ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |

    Having reviewed the parties' Joint Preliminary Pretrial Conference Statement (<u>see</u> Docket Item No. 103), the court finds that a Preliminary Pretrial Conference is unnecessary at this time. Accordingly, the conference scheduled for October 26, 2012 is VACATED.

    The court will reschedule a Preliminary Pretrial Conference in its order addressing the parties' summary judgment motions.

**IT IS SO ORDERED.**

Dated: October 22, 2012

                                                  EDWARD J. DAVILA
                                                  United States District Judge