IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff(s),<br>　v.<br>ABERCROMBIE & FITCH, CO., et. al.,<br><br>　　　　　Defendant(s). | CASE NO. 5:10-cv-03911 EJD<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

Pursuant to ADR Local Rule 7-2, this case is referred to Magistrate Judge Donna M. Ryu for a settlement conference to occur no later than 90 days from the date this order is filed. Counsel shall contact Judge Ryu's Courtroom Deputy to arrange a date for the conference.

**IT IS SO ORDERED.**

Dated: August 21, 2013

　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　United States District Judge

1
CASE NO. 5:10-cv-03911 EJD
ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE