# Exhibit A

# Accommodation Policy

There may be occasions when an associate or applicant needs an accommodation to complete the essential functions of his or her job. The Company will accommodate associates and applicants who need such an accommodation for a disability or sincerely-held religious belief unless an accommodation creates an undue hardship on the business.

An applicant or associate who desires an accommodation for a disability or sincerely-held religious belief must make the Company aware of the need for an accommodation. To make a request for an accommodation, an associate must inform their District Manager of their request. When a request is made to a District Manager, the District Manager must contact Human Resources by calling (866) 367-1892. An applicant must inform his or her interviewing manager. When a request is made to an interviewing manager, the manager must contact Human Resources by calling (866) 367-1892.

A representative from the Human Resources department will contact the applicant or associate to discuss the request for accommodation, to explore options, and to determine whether an accommodation is possible without creating an undue hardship. The applicant or associate must cooperate with the Company's attempts to accommodate the request. In accordance with federal and state law, the Company will accommodate disabilities and the sincerely-held religious beliefs of its associates unless an accommodation would create an undue hardship.

If the associate wishes to appeal the denial of an accommodation, the associate may contact the Director of Human Resources, U.S. by calling (866) 367-1892.