**EXHIBIT B [Company letterhead]**

# IMPORTANT NOTICE TO ALL EMPLOYEES CONCERNING RELIGIOUS ACCOMMODATIONS

This notice is being posted pursuant to a Stipulated Judgment and Decree entered to resolve a claim of religious discrimination in the case of *Equal Employment Opportunity Commission v. Abercrombie & Fitch, Stores, Inc., d.b.a. Hollister Co. et al,* Case No. 11-CV-3162-YGR and *EEOC v. Abercrombie & Fitch Stores, Inc. dba abercrombie kids*, Case No. 10-cv-3911-EJD on file in the United States District Court for the Northern District of California.

Title VII of the Civil Rights Act of 1964 requires employers to grant an employee's request for religious accommodation in the workplace, unless the employer shows that it is unable to accommodate the request without undue hardship on its business. The California Fair Employment and Housing Act ("FEHA") gives employees similar legal rights.

**In accordance with federal and state law, Abercrombie & Fitch will accommodate the sincerely-held religious beliefs of its applicants and associates, including granting exceptions to the Look Policy, as applicable unless doing so would create an undue hardship on its business. For example, under appropriate circumstances, Abercrombie& Fitch will permit employees to wear a headscarf ("hijab") at work in accordance with their sincerely-held religious beliefs.**

An applicant or associate who desires an accommodation for a disability or sincerely-held religious belief must make the Company aware of the need for an accommodation. To make a request for an accommodation, an associate must inform their District Manager of their request. A Human Resources representative will contact the applicant or associate to discuss the request for reasonable accommodation, to explore options and to determine whether an accommodation is possible. If your request for accommodation is denied, you may appeal the decision to the Director of Human Resources for further review. You will receive a decision on the appeal within fourteen (14) days. Current employees will be permitted to continue to work with the requested accommodation during the appeals process.

Abercrombie & Fitch supports and will comply with Title VII and FEHA in all respects and will make every effort to accommodate requests relating to religious observance and/or practice, except for those instances where Abercrombie is unable to accommodate the request without undue hardship on the conduct of its business.

Employees also are free to make inquiries or complaints about Abercrombie's failure to accommodate a request relating to religious observance and/or practice to the U.S. Equal Employment Opportunity Commission, San Francisco District Office {Address and phone number to be provided by EEOC by November 1, 2013}

Date:_____          _____

{title of Abercrombie official}

**Under the terms of the Consent Decree, this notices must remain posted until {date}**